**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID FREEMAN,

        Plaintiff,

v.                                                                          Case No.: 3:24-cv-9-WWB-PDB

WIPRO LIMITED CORP,

        Defendant.
                                              /

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Fair Labor Standards Act Settlement and Dismissal With Prejudice (Doc. 40). United States Magistrate Judge Patricia D. Barksdale issued a Report and Recommendation ("**R&R**," Doc. 41), in which she recommends that the Court grant the Motion and approve the parties' Settlement Agreement (Doc. 40-1). The parties filed a Joint Notice of Non-Objection to Magistrate Judge's Report and Recommendation (Doc. 42).

After a de novo review of the record, and noting that the parties disclaim any objection to the findings in the R&R, the Court agrees entirely with the analysis in the R&R.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 41) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Motion for Approval of Fair Labor Standards Act Settlement and Dismissal With Prejudice (Doc. 40) is **GRANTED**, the

parties' Settlement Agreement (Doc. 40-1) is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Jacksonville, Florida on June 28, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record